### 73948. THE STATE v. CHANDLER.
(367 SE2d 887)

CARLEY, Judge.

In *State v. Chandler*, 184 Ga. App. 1 (360 SE2d 727) (1987), this Court reversed the judgment of the trial court. After granting the writ of certiorari, the Supreme Court of Georgia reversed the judgment of this Court. *Chandler v. State*, 257 Ga. 775 (364 SE2d 273) (1988). Accordingly, this Court's judgment in *State v. Chandler*, supra, is vacated and the judgment of the Supreme Court is made the judgment of this Court. It follows that the judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Sognier, Pope, Benham, and Beasley, JJ., concur.*

DECIDED MARCH 11, 1988.

*Harry N. Gordon, District Attorney, Richard J. Weaver, Assistant District Attorney*, for appellant.
*John Martin, Timothy W. Floyd, Sara F. Miller*, for appellee.